Michael Machat, Esq.
MACHAT & ASSOCIATES, P.C.
9107 Wilshire Blvd., Suite 500
Beverly Hills, California 90210
Telephone: (310) 860-1833
Telefax: (310) 860-1837
Email: info@machatlaw.com

Attorneys for Plaintiff
THREE-D SPIRITS, INC

JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUL 31 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THREE-D SPIRITS, INC.<br><br>    Plaintiff,<br><br>vs.<br><br>VOODOO TIKI TEQUILA CORPORATION, et al.,<br><br>    Defendants. | CASE NO. CV11-09255-MWF-AJW<br><br>ORDER RE DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a). |

**IT IS HEREBY ORDERED** that, upon good cause shown:

1. Three-D Spirits, Inc's Complaint against Voodoo Tiki Tequila Corporation is dismissed with prejudice;

2. The Court retains jurisdiction of this action for the purpose of enforcing the provisions of the parties' Settlement Agreement; and

3. Each party will each bear her, his, or its own costs and attorneys' fees in connection with this action.

Dated: 12 31, 2012

_____
United States District Judge