JS - 6

1
2
3
4
5
6
7

Michael Machat, Esq.
MACHAT & ASSOCIATES, P.C.
9107 Wilshire Blvd., Suite 500
Beverly Hills, California 90210
Telephone: (310) 860-1833
Telefax: (310) 860-1837
Email: info@machatlaw.com

Attorneys for Plaintiff
THREE-D SPIRITS, INC

FILED
CLERK, U.S. DISTRICT COURT

**JUL 3 1 2012**

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10
11
12   THREE-D SPIRITS, INC.                 )   CASE NO. CV11-09255-MWF-AJW
13              Plaintiff,                  )
                                            )   ORDER RE DISMISSAL OF ACTION
14       vs.                                )   WITH PREJUDICE PURSUANT TO
                                            )   FEDERAL   RULE   OF   CIVIL
15   VOODOO TIKI TEQUILA                    )   PROCEDURE 41(a).
16   CORPORATION, et al.,                   )
                                            )
17              Defendants.                 )
                                            )
18                                          )
                                            )
19                                          )
                                            )
20   _____       )
21
22
23       **IT IS HEREBY ORDERED** that, upon good cause shown:

24       1.    Three-D Spirits, Inc's   Complaint against Voodoo Tiki Tequila

Corporation is dismissed with prejudice;

25       2.    The Court retains jurisdiction of this action for the purpose of

enforcing the provisions of the parties' Settlement Agreement; and

26
27
28

3.    Each party will each bear her, his, or its own costs and attorneys' fees in connection with this action.

Dated: _____

_____

United States District Judge

2